IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMCAST OF ILLINOIS X, LLC, an Illinois Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN BAYLISS, individually, and KARI BAYLISS, individually,<br><br>　　　　　　Defendants. | 8:03CV196<br><br><br>ORDER |

This matter is before the court after a hearing on the defendant's objection, Filing No. 50, to a summons in aid of execution directed to Wells Fargo Bank, Filing No. 46. The plaintiff has represented to the court that it will not pursue garnishment in this action. Accordingly,

　　IT IS ORDERED that:

　　1.　The Summons in Aid of Execution (Filing No. 46) is vacated.

　　2.　The clerk of court is directed to mail copies of this order to:

　　　　Wells Fargo Bank
　　　　4650 S. 24th Street
　　　　Omaha, NE 68107

　　　　and to:

　　　　Brian Bayliss
　　　　3813 N. W. 53rd Street
　　　　Lincoln, NE 68524-1221

DATED this 17th day of December, 2010.

　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　Chief United States District Judge